**Official Form 1 (4/07)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aztec Supply Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**36-3813847** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**5024 West 67th Street**<br>**Chicago, IL 60638**<br>ZIP CODE **60638-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**Official Form 1 (4/07)** FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aztec Supply Corporation** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Official Form 1 (4/07)**                                                                              **FORM B1,** Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aztec Supply Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X **/s/ Michael White**<br>Signature of Attorney for Debtor(s)<br>**Michael White 3001830 Harvey Waller2926792**<br>Printed Name of Attorney for Debtor(s)<br>**Michael White & Harvey Waller**<br>Firm Name<br>**30 North LaSalle Street**<br>**Suite 2024 & Suite 2040**<br>**Chicago, IL 60602-3355**<br>Address<br>**312-236-4544 & 312-606-9100 Fax:312-236-0182**<br>Telephone Number<br>**August 21, 2007**<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Daniel J. Marquez**<br>Signature of Authorized Individual<br><br>**Daniel J. Marquez**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 21, 2007**<br>Date | |

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Aztec Supply Corporation**                              Case No.

Debtor(s)                                                        Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Aargus Plastics**<br>**540 Allendale Drive**<br>**Wheeling, IL 60090** | **Aargus Plastics**<br>**540 Allendale Drive**<br>**Wheeling, IL 60090** | **Trade debt** | **Unliquidated** | **82,000.00** |
| **Airgas Safety c/o Grimley Financial**<br>**18 West Kings Highway**<br>**Haddonfield, NJ 08033** | **Airgas Safety c/o Grimley Financial**<br>**18 West Kings Highway**<br>**Haddonfield, NJ 08033** | **Trade debt** | **Unliquidated** | **26,517.26** |
| **Bounce**<br>**9 East Michigan**<br>**Dundee, IL 60118** | **Bounce**<br>**9 East Michigan**<br>**Dundee, IL 60118** | **Trade debt** | **Unliquidated** | **5,377.50** |
| **Buckeye International Inc.**<br>**2700 Wagner Road**<br>**Maryland Heights, MO 63043-3422** | **Buckeye International Inc.**<br>**2700 Wagner Road**<br>**Maryland Heights, MO 63043-3422** | **Trade debt** | **Unliquidated** | **92,856.30** |
| **City of Chicago c/o Purchasing Dept**<br>**121 North LaSalle Street**<br>**Room 400**<br>**Chicago, IL 60602** | **City of Chicago c/o Purchasing Dept**<br>**121 North LaSalle Street**<br>**Room 400**<br>**Chicago, IL 60602** | **Trade debt** | **Unliquidated** | **74,000.00** |
| **Ellen Marquez**<br>**8917 Kilkenny Drive**<br>**Darien, IL 60561** | **Ellen Marquez**<br>**8917 Kilkenny Drive**<br>**Darien, IL 60561** | **Unsecured Loan** | **Unliquidated** | **20,000.00** |
| **Eureka Chemical c/o Roma, Murphy**<br>**2801 Camino Del Rio South**<br>**Suite 305**<br>**San Diego, CA 92108** | **Eureka Chemical c/o Roma, Murphy**<br>**2801 Camino Del Rio South**<br>**Suite 305**<br>**San Diego, CA 92108** | **Trade debt** | **Unliquidated** | **5,370.00** |
| **Frank Miller c/o Biehl & Biehl**<br>**P.O. Box 66415**<br>**Chicago, IL 60666-0415** | **Frank Miller c/o Biehl & Biehl**<br>**P.O. Box 66415**<br>**Chicago, IL 60666-0415** | **Trade debt** | **Unliquidated** | **6,443.54** |
| **Hawk Enterprise c/o CMI Credit Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | **Hawk Enterprise c/o CMI Credit Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | **Trade debt** | **Unliquidated** | **15,363.99** |
| **Innovative Bank**<br>**360 14th Street**<br>**Oakland, CA 94612-3211** | **Innovative Bank**<br>**360 14th Street**<br>**Oakland, CA 94612-3211** | **Unsecured Loan** | **Unliquidated** | **17,000.00** |

In re **Aztec Supply Corporation**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kraft/HP Products**<br>**4220 Saguaro Trail**<br>**Indianapolis, IN 46268** | **Kraft/HP Products**<br>**4220 Saguaro Trail**<br>**Indianapolis, IN 46268** | **Trade debt** | **Unliquidated** | **14,000.00** |
| **National Wholesale Distributors**<br>**6855 West 65th Street**<br>**Bedford Park, IL** | **National Wholesale Distributors**<br>**6855 West 65th Street**<br>**Bedford Park, IL** | **Trade debt** | **Unliquidated** | **9,720.00** |
| **NSS c/o NCO Financial Systems**<br>**3850 North Causeway Blvd.**<br>**Suite 200**<br>**Metairie, LA 70002** | **NSS c/o NCO Financial Systems**<br>**3850 North Causeway Blvd.**<br>**Suite 200**<br>**Metairie, LA 70002** | **Trade debt** | **Unliquidated** | **14,991.20** |
| **Ohemtrix Corporation**<br>**5039 West Henderson**<br>**Chicago, IL 60641** | **Ohemtrix Corporation**<br>**5039 West Henderson**<br>**Chicago, IL 60641** | **Trade debt** | **Unliquidated** | **30,000.00** |
| **Packlin Labs c/o Lawson & Weitzen**<br>**88 Black Falcon Avenue**<br>**Suite 345**<br>**Boston, MA 02210-2414** | **Packlin Labs c/o Lawson & Weitzen**<br>**88 Black Falcon Avenue**<br>**Suite 345**<br>**Boston, MA 02210-2414** | **Trade debt** | **Unliquidated** | **4,767.33** |
| **Pittsburgh Paints**<br>**P.O. Box 536864**<br>**Atlanta, GA 30353-6864** | **Pittsburgh Paints**<br>**P.O. Box 536864**<br>**Atlanta, GA 30353-6864** | **Trade debt** | | **7,431.04** |
| **Spartan Chemical c/o Teller, Levitt**<br>**11 East Adams**<br>**Suite 800**<br>**Chicago, IL 60603** | **Spartan Chemical c/o Teller, Levitt**<br>**11 East Adams**<br>**Suite 800**<br>**Chicago, IL 60603** | **Trade debt** | **Unliquidated** | **15,245.42** |
| **Timothy Marquez**<br>**8917 Kilkenny Drive**<br>**Darien, IL 60561** | **Timothy Marquez**<br>**8917 Kilkenny Drive**<br>**Darien, IL 60561** | **Unsecured Loan** | **Unliquidated** | **7,500.00** |
| **Tolco Corp. c/o Harris Klein Assoc.**<br>**P.O. Box 2087**<br>**Woodstock, GA 30188** | **Tolco Corp. c/o Harris Klein Assoc.**<br>**P.O. Box 2087**<br>**Woodstock, GA 30188** | **Trade debt** | **Unliquidated** | **7,500.90** |
| **YMIR c/o Lupel Weininger LLP**<br>**30 North LaSalle Street**<br>**Suite 3520**<br>**Chicago, IL 60602** | **YMIR c/o Lupel Weininger LLP**<br>**30 North LaSalle Street**<br>**Suite 3520**<br>**Chicago, IL 60602** | **Lease** | **Unliquidated** | **20,956.16** |

In re   **Aztec Supply Corporation**                                              Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 21, 2007**                     Signature   **/s/ Daniel J. Marquez**
                                                           **Daniel J. Marquez**
                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Aargus Plastics
540 Allendale Drive
Wheeling, IL 60090


Advantage Commercial Supply Inc.
950 North Rand Road
Suite 111
Wauconda, IL 60084


Airgas Safety c/o Grimley Financial
18 West Kings Highway
Haddonfield, NJ 08033


Bounce
9 East Michigan
Dundee, IL 60118


Buckeye International Inc.
2700 Wagner Road
Maryland Heights, MO 63043-3422


City of Chicago c/o Purchasing Dept
121 North LaSalle Street
Room 400
Chicago, IL 60602


Ellen Marquez
8917 Kilkenny Drive
Darien, IL 60561


Eureka Chemical c/o Roma, Murphy
2801 Camino Del Rio South
Suite 305
San Diego, CA 92108


Frank Miller c/o Biehl & Biehl
P.O. Box 66415
Chicago, IL 60666-0415


Hawk Enterprise c/o CMI Credit Inc.
P.O. Box 456
Upper Darby, PA 19082-0456
```

```
Innovative Bank
360 14th Street
Oakland, CA 94612-3211


Kraft/HP Products
4220 Saguaro Trail
Indianapolis, IN 46268


National Wholesale Distributors
6855 West 65th Street
Bedford Park, IL


NSS c/o NCO Financial Systems
3850 North Causeway Blvd.
Suite 200
Metairie, LA 70002


Ohemtrix Corporation
5039 West Henderson
Chicago, IL 60641


Packlin Labs c/o Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414


Pittsburgh Paints
P.O. Box 536864
Atlanta, GA 30353-6864


Spartan Chemical c/o Teller, Levitt
11 East Adams
Suite 800
Chicago, IL 60603


Timothy Marquez
8917 Kilkenny Drive
Darien, IL 60561


Tolco Corp. c/o Harris Klein Assoc.
P.O. Box 2087
Woodstock, GA 30188
```

```
XPedX c/o McMahan & Sigunick
216 West Jackson
Chicago, IL 60606


YMIR c/o Lupel Weininger LLP
30 North LaSalle Street
Suite 3520
Chicago, IL 60602
```